26 F.3d 123
 Schaffer (Charles J., Jr.), Administrator of Teamsters
Pension Trust Fund of Philadelphia and Vicinity
v.
Monomoy, Inc., St. Doherty Truck Lines, Inc., Arrowpac,
Inc., Arrowpac/San Juan Freight, Inc., Saddle Ridge
Associates, Doherty (Paul S., Jr.), St. Pierre (Richard A.)
v. Matarazzo (Anthony F.), Holmes, Tri-State
 NO. 93-5460
 United States Court of Appeals,
Third Circuit.
 Apr 05, 1994
 
 Appeal From: D.N.J.,
 Bissell, J.
 
 
 1
 VACATED.